PROB 12C
(6/16)

Report Date: September 12, 2017

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 12, 2017

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Javier Vega Campos            Case Number: 0980 2:10CR02111-SAB-1

Address of Offender:                    Yakima, Washington 98908

Name of Original Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Sr. U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: July 26, 2011

Original Offense:        Distribution of a Controlled Substance, 21 U.S.C. § 841(a)(1)

Original Sentence:       Prison - 86 months              Type of Supervision: Supervised Release
                         TSR - 48 months

Asst. U.S. Attorney:     Thomas J. Hanlon                Date Supervision Commenced: June 30, 2017

Defense Attorney:        Federal Defenders Office        Date Supervision Expires: June 29, 2021

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Campos tested positive for cocaine on August 1, 2017.

On July 6, 2017, supervised release conditions were again reviewed and signed by Mr. Campos acknowledging his understanding of special condition number 18, which prohibits him from using a controlled substance. On August 1, 2017, Mr. Campos submitted to a urinalysis test which returned positive for the presence of cocaine. Mr. Campos then signed the admission/denial form admitting to having used cocaine on or about July 29, 2017.

| | |
|---|---|
| 2 | **Special Condition # 17**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: Mr. Campos failed to attend drug and alcohol treatment at Merit Resource Services (Merit) on August 29 and September 7, 2017.

On July 6, 2017, supervised release conditions were again reviewed and signed by Mr. Campos acknowledging his understanding of special condition number 17, which requires participate in a substance abuse treatment program. According to staff at Merit, Mr. Campos has failed to attend substance abuse treatment group sessions on August 29 and September 7, 2017.

3   **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Campos failed to submit to random uranalysis testing at Merit on September 7, 2017.

On July 6, 2017, supervised release conditions were again reviewed and signed by Mr. Campos acknowledging his understanding of special condition number 18, which requires him to submit to random urinalysis testing. On this same date, Mr. Campos signed the substance abuse testing instructions acknowledging his understanding of his requirement to call the Merit color line testing number and report to Merit to submit to a drug screen when his color is called. On September 8, 2017, the probation office received notice from Merit indicating Mr. Campos failed to submit to random urinalysis testing on September 7, 2017.

4   **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Campos tested presumptive positive for cocaine on September 8, 2017.

On July 6, 2017, supervised release conditions were again reviewed and signed by Mr. Campos acknowledging his understanding of special condition number 18, which prohibits him from using a controlled substance. On September 8, 2017, Mr. Campos submitted to a drug screen which the test returned presumptive positive for cocaine using the Redmond Integrated EZ Split Key device. Mr. Campos denied using the illegal substance. The specimen has been sent to Alere Toxicology Services for confirmation.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 12, 2017

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[xx]  The Issuance of a Summons
[  ]   Other

*Signature of Judicial Officer*

9/12/2017

Date