PROB 12C
(6/16)

Report Date: April 5, 2018

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 0 5 2018

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Javier Vega Campos | Case Number: 0980 2:10CR02111-WFN-1 |
| Address of Offender: | Spokane, Washington 99204 |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: July 26, 2011

| | | | |
|---|---|---|---|
| Original Offense: | Distribution of a Controlled Substance, 21 U.S.C. § 841(a)(1) | | |
| Original Sentence: | Prison - 86 months; TSR - 48 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Scott Jones | Date Supervision Commenced: | June 30, 2017 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: | June 29, 2021 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/12/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On July 6, 2017, supervised release conditions were again reviewed and signed by Mr. Campos acknowledging his understanding of mandatory condition number 2, which prohibits him from committing another Federal, state, or local crime. |
| | On March 23, 2018, Javier Campos was arrested, cited and released for third degree theft. The matter remains pending in Spokane Municipal Court. |
| 6 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment. |
| | **Supporting Evidence**: On July 6, 2017, supervised release conditions were again reviewed and signed by Mr. Campos acknowledging his understanding of standard condition 6, which requires that he notify the probation officer at least ten days prior to any change in residence or employment. |

Prob12C
Re: Campos, Javier Vega
April 5, 2018
Page 2

Mr. Campos has reported that he is residing at 1507 W. 7th Avenue in Spokane, Washington, since October 2017. However, the only time the undersigned officer has been able to contact him at this location is when the contact has been scheduled. When questioned, Mr. Campos has admitted that he stays at his girlfriend's residence most of the time. However, he refuses to provide the address tot the probation office.

On April 4, 2018, the undersigned went to Mr. Campos' reported address, and contacted a resident there who informed Mr. Campos had not been at the residence for at least the 2 weeks.

7  **Standard Condition # 10**: The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer.

**Supporting Evidence**: On July 6, 2017, supervised release conditions were again reviewed and signed by Mr. Campos acknowledging his understanding of standard condition 10, which requires that he permit a probation officer to visit him or her at any time at home or elsewhere

By Mr. Campos' refusal to provide his actual address to the probation office, he is prohibiting the probation officer from being able to visit him at any time at his home.

8  **Special Condition # 17**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: On July 6, 2017, supervised release conditions were again reviewed and signed by Mr. Campos acknowledging his understanding of special condition 17, which requires that he undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare.

Javier Campos reported that he has been attending outpatient substance abuse treatment at SPARC twice per week. However, on March 26, 2018, the undersigned officer spoke with Mr. Campos' counselor at SPARC who reported he had not been at treatment since February 20, 2018.

9  **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On July 6, 2017, supervised release conditions were again reviewed and signed by Mr. Campos acknowledging his understanding of special condition 18, which requires that he abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Prob12C
Re: Campos, Javier Vega
April 5, 2018
Page 3

Javier Campos failed to report for urinalysis testing as scheduled on March 21 and 28, 2018, and April 4, 2018.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/12/2017, and that the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/05/2018

s/Richard Law

Richard Law
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

4/5/18
Date