Report Date: November 5, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 05, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Javier Vega Campos | Case Number: 0980 2:10CR02111-001 |
| Address of Offender: | |

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

| | |
|---|---|
| Date of Original Sentence: July 26, 2011 | Revocation Sentence: June 7, 2018 |
| Original Offense: | Distribution of a Controlled Substance, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 86 months; TSR - 48 months |
| | Type of Supervision: Supervised Release |
| Revocation Sentence: | Prison - 6 months; TSR - 30 months |
| Asst. U.S. Attorney: | U.S. Attorneys Office |
| | Date Supervision Commenced: October 2, 2018 |
| Defense Attorney: | Federal Defenders Office |
| | Date Supervision Expires: April 1, 2021 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 3**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility. |

**Supporting Evidence**: On November 3, 2018, the undersigned officer was notified by the director of the Spokane Residential Reentry Center (RRC), that Javier Campos was being terminated from the RRC for multiple instances of noncompliance. Specifically, he was found to be in possession of prescription medication that he did not have a prescription for. Additionally, he has been found in violation for deviating form his approved schedule.

On October 10, 2018, Javier Campos was provided a copy of his judgement and sentence relative to case 2:10CR02111-SAB-1. His conditions of supervision were reviewed with him at that time, and he signed the conditions indicating that he understood the conditions of supervision as imposed by the Court. Specifically, that he must reside in a residential

reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. In addition, he understood that his participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. Additionally, that he shall abide by the rules and requirements of the facility.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/05/2018

s/Richard Law

Richard Law
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

11/05/2018

Date