PROB 12C
(6/16)

Report Date:  March 6, 2020

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 06, 2020

SEAN F. MCAVOY, CLERK

Name of Offender: Javier Vega Campos             Case Number: 0980 2:10CR02111-SAB-1

Address of Offender: ███████████████ Union Gap, Washington 98903

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: July 26, 2011

| | | |
|---|---|---|
| Original Offense: | Distribution of a Controlled Substance, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 86 months; TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence: June 7, 2018 | Prison - 6 months; TSR -30 months | |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: October 2, 2018 |
| Defense Attorney: | Federal Defenders' Office | Date Supervision Expires: April 1, 2021 |

---

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: Mr. Campos is alleged to have failed to report to probation on March 3, 2020, as directed.

On October 10, 2018, supervised release conditions were reviewed and signed by Mr. Campos acknowledging his understanding of standard condition number 2, which requires him to report to the probation officer as instructed.

On March 2, 2020, this officer contacted Mr. Campos at his residence in Union Gap, Washington.  Mr. Campos was directed to report to the U.S. Probation Office on March 3, 2020, after he completed his substance abuse assessment at Merit Resource Services (Merit). Mr. Campos failed to report as directed and failed to contact probation to explain why he could not report as directed.  Attempts to get Mr. Campos to comply with his Court ordered conditions have been met with negative results.

Prob12C
**Re: Campos, Javier Vega**
**March 6, 2020**
**Page 2**

2      **Special Condition # 5:** You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Campos is alleged to have failed to complete a substance abuse evaluation at Merit as directed, on March 3, 2020.

On October 10, 2018, supervised release conditions were reviewed and signed by Mr. Campos acknowledging his understanding of special condition number 5, which requires him to undergo a substance abuse evaluation and follow treatment recommendations.

On March 2, 2020, Mr. Campos was directed by this officer to complete a substance abuse evaluation at Merit in Yakima, Washington, on March 3, 2020. Mr. Campos acknowledged the instructions and made a commitment to complete the assessment as directed.

On March 5, 2020, this officer spoke with staff at Merit about Mr. Campos. Staff confirmed that Mr. Campos has not shown up at Merit to complete a substance abuse evaluation as directed.

3      **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Campos is alleged to have failed to report for urinalysis testing on February 21, 2020.

On October 10, 2018, supervised release conditions were reviewed and signed by Mr. Campos acknowledging his understanding of special condition number 6, which requires him to provide urinalysis testing, in order to confirm continued abstinence from controlled substances.

On February 10, 2020, Mr. Campos was directed to begin calling the Merit color line every day and was directed to report for urinalysis testing when the color gold was announced. On February 11, 2020, the color gold was called and Mr. Campos reported to Merit to provide a urinalysis test; however, Merit did not have all the proper paperwork. Mr. Campos contacted this officer the next day and provided a negative urinalysis.

On February 25, 2020, this officer received notice that Mr. Campos failed to report for a urinalysis on February 21, 2020, at Merit. After numerous attempts, this officer was able to contact Mr. Campos on March 2, 2020, to discuss his missed urinalysis. Mr. Campos explained that he has been calling the color line every day and he did not hear the color gold on February 21, 2020.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

**Prob12C**
**Re: Campos, Javier Vega**
**March 6, 2020**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 6, 2020

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[ X ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

Signature of Judicial Officer

3/6/2020

Date